UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 10, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. MAG. 06-0101-KJM
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
ALBERT LAMAR JUSTICE, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ALBERT LAMAR JUSTICE__ , Case No. __MAG. 06-0101-KJM__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ __100,000.00__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   __Pretrial Conditions as stated on the record__

Issued at __Sacramento, CA__ on __April 10, 2006__ at __11:29 am__ .

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal