```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ALBERT JUSTICE
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )  No. CR. S-06-161 LKK
                                    )
13                Plaintiff,        )
                                    )  STIPULATION AND ORDER
14       v.                         )  CONTINUING STATUS CONFERENCE
                                    )  AND EXCLUDING TIME
15  ALBERT JUSTICE,                 )
                                    )
16                Defendant.        )  Date:  May 16, 2006
                                    )  Time:  9:30 a.m.
17  _____     )  Judge: Hon. Lawrence K. Karlton

18
```

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of
20  America, and defendant, Albert Justice, that the status conference scheduled for
21  May 16 may be continued to June 20, 2006, at 9:30 a.m.

22       This is a new case and defense counsel and Mr. Justice have yet to have
23  sufficient time to review discovery.  The parties have agreed to continue to
24  status conference so that Mr. Justice and counsel will have sufficient time to
25  review the records, determine whether there are pretrial motions to file, and
26  to do other necessary evaluation and preparation.  The parties further agree
27  that the ends of justice to be served by a continuance outweigh the best
28  interests of the public and the defendant in a speedy trial and that time under

1  the Speedy Trial Act may be excluded from the date of this order through June
2  20, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

Dated:  May 12, 2006                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ALBERT JUSTICE


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  May 12, 2006                    /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


### **O R D E R**

The status conference is continued to June 20, 2006, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 20, 2006.

   IT IS SO ORDERED.


Dated:  May 12, 2006                    /s/ Lawrence K. Karlton
                                        HON. LAWRENCE K. KARLTON
                                        United States District Judge