1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ALBERT JUSTICE
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    ) No. CR. S-06-161 LKK
                                )
13              Plaintiff,      )
                                ) **STIPULATION AND ORDER**
14      v.                      ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
15 ALBERT JUSTICE,              )
                                )
16              Defendant.      ) Date:  June 20, 2006
                                ) Time:  9:30 a.m.
17 _____ ) Judge: Hon. Lawrence K. Karlton

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

20 America, and defendant, Albert Justice, that the status conference scheduled for

21 June 20 may be continued to July 18, 2006, at 9:30 a.m.

22      The defense is continuing to explore options for resolving the case and a

23 number of issues remain to be resolved between the parties.  So that both

24 parties have adequate time to prepare, they agree that the ends of justice to

25 be served by a continuance outweigh the best interests of the public and the

26 defendant in a speedy trial, so that time under the Speedy Trial Act may be

27 /////

28 /////

excluded from the date of this order through July 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
Federal Defender

Dated:  June 16, 2006                  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ALBERT JUSTICE

                                          McGREGOR SCOTT
United States Attorney

Dated:  June 16, 2006                  /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

## O R D E R

The status conference is continued to July 18, 2006, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 18, 2006.

    IT IS SO ORDERED.

Dated:  June 16, 2006                  /s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Justice                2