DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>      v.                         )<br>                                 )<br> ALBERT JUSTICE,                  )<br>                                 )<br>           Defendant.            )<br>                                 )<br>_____) | No. CR. S-06-161 LKK<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  July 18, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for July 18 may be continued to August 29, 2006, at 9:30 a.m.

   The defense is continuing to explore options for resolving the case and a number of issues remain to be resolved between the parties.  So that both parties have adequate time to prepare, they agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, so that time under the Speedy Trial Act may be

/////

/////

1  excluded from the date of this order through August 29, 2006, pursuant to 18
2  U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  July 13, 2006                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ALBERT JUSTICE


                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  July 13, 2006                   /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 29, 2006, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 29, 2006.

IT IS SO ORDERED.

Dated:  July 14, 2006                   /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Justice              2