DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALBERT JUSTICE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR. S-06-161 LKK |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER** |
| v. | ) ) | **CONTINUING STATUS CONFERENCE** |
| ALBERT JUSTICE, | ) ) | **AND EXCLUDING TIME** |
| Defendant. | ) ) ) | Date:   August 29, 2006<br>Time:   9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |


IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for August 29 may be continued to September 19, 2006, at 9:30 a.m.

The defense is continuing to explore options for resolving the case and a number of issues remain to be resolved between the parties.   So that both parties have adequate time to prepare, they agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, so that time under the Speedy Trial Act may be

/////

/////

1  excluded from the date of this order through September 19, 2006, pursuant to 18

2  U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                      Respectfully submitted,

4                                      DANIEL J. BRODERICK
                                       Federal Defender
5

6  Dated:  August 28, 2006             /s/ T. Zindel_____
                                       TIMOTHY ZINDEL
7                                      Assistant Federal Defender
                                       Attorney for ALBERT JUSTICE
8

9                                      McGREGOR SCOTT
                                       United States Attorney
10

11 Dated:  August 28, 2006             /s/ T. Zindel for J. Hitt___
                                       JASON HITT
12                                     Assistant U.S. Attorney

13

14                          **O R D E R**

15      The status conference is continued to September 19, 2006, at 9:30 a.m.  For

16 the reasons set forth above, the court finds that the ends of justice to be

17 served by a continuance outweigh the best interests of the public and the

18 defendant in a speedy trial and therefore excludes time under the Speedy Trial

19 Act through September 19, 2006.

20      IT IS SO ORDERED.

21

22 Dated:  August 29, 2006

23

24                                     LAWRENCE K. KARLTON
25                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
26

27

28

Stip. in U.S.A. v. Justice            2