DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-161 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ALBERT JUSTICE, ) | |
| ) | |
| Defendant. ) | Date: September 19, 2006 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for September 19, 2006, may be continued to October 11, 2006, at 9:30 a.m.

     The defense is continuing to explore options for resolving the case and a number of issues remain to be resolved between the parties. So that both parties have adequate time to prepare, they agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, so that time under the Speedy Trial Act may be

/////

/////

1 excluded from the date of this order through October 11, 2006, pursuant to 18
2 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                         Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                        Federal Defender
5

6 Dated: September 15, 2006        /s/ T. Zindel
                                        TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                        Attorney for ALBERT JUSTICE
8

9                                         McGREGOR SCOTT
                                        United States Attorney
10

11 Dated: September 15, 2006       /s/ T. Zindel for J. Hitt
                                        JASON HITT
12                                         Assistant U.S. Attorney

13

14                               **O R D E R**

15     The status conference is continued to October 11, 2006, at 9:30 a.m. For
16 the reasons set forth above, the court finds that the ends of justice to be
17 served by a continuance outweigh the best interests of the public and the
18 defendant in a speedy trial and therefore excludes time under the Speedy Trial
19 Act through October 11, 2006.
20     IT IS SO ORDERED.

21

22 Dated: September 15, 2006
23
24                                         LAWRENCE K. KARLTON
                                        SENIOR JUDGE
25                                         UNITED STATES DISTRICT COURT

26

27

28

Stip. in <u>U.S.A. v. Justice</u>                     2