```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>ALBERT JUSTICE,  )<br>  )<br>            Defendant.  )<br>_____ ) | No. CR. S-06-161 LKK<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  October 11, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for October 11 may be continued to November 7, 2006, at 9:30 a.m.

   The defense is continuing to explore options for resolving the case and a number of issues remain to be resolved between the parties. So that both parties have adequate time to prepare, they agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order ///// through November 7, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

1 (B)(iv)(Local Code T4).

2                                        Respectfully submitted,

3                                        DANIEL J. BRODERICK
                                         Federal Defender
4

5 Dated:  October 5, 2006               /s/ T. Zindel
                                         TIMOTHY ZINDEL
6                                        Assistant Federal Defender
                                         Attorney for ALBERT JUSTICE
7

8                                        McGREGOR SCOTT
                                         United States Attorney
9

10 Dated:  October 5, 2006               /s/ T. Zindel for J. Hitt
                                         JASON HITT
11                                       Assistant U.S. Attorney

12

13                              **O R D E R**

14     The status conference is continued to November 7, 2006, at 9:30 a.m.
15 For the reasons set forth above, the court finds that the ends of justice
16 to be served by a continuance outweigh the best interests of the public
17 and the defendant in a speedy trial and therefore excludes time under the
18 Speedy Trial Act through November 7, 2006.
19     IT IS SO ORDERED.

20

21 Dated:  October 6, 2006

22

23                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
24                                       UNITED STATES DISTRICT COURT

25

26

27

28

Stip. in U.S.A. v. Justice              2