1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    ALBERT JUSTICE
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR. S-06-161 LKK
                                     )
12                  Plaintiff,       )
                                     )  **STIPULATION AND ORDER**
13       v.                          )  **CONTINUING STATUS CONFERENCE**
                                     )  **AND EXCLUDING TIME**
14  ALBERT JUSTICE,                  )
                                     )
15                  Defendant.       )  Date:  November 7, 2006
                                     )  Time:   9:30 a.m.
16  _____)  Judge:  Hon. Lawrence K. Karlton

17

18        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

19  of America, and defendant, Albert Justice, that the status conference

20  scheduled for November 7 may be continued to December 12, 2006, at 9:30

21  a.m.

22        The defense is continuing to explore options for resolving the case

23  and a number of issues remain to be resolved between the parties, and a

24  meeting of counsel has been scheduled for mid-November.  So that both

25  parties have adequate time to prepare, they agree that the ends of

26  justice to be served by a continuance outweigh the best interests of the

27  public and the defendant in a speedy trial, and they ask the Court to

28  exclude time under the Speedy Trial Act from the date of this order

1  through December 12, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

2  (B)(iv)(Local Code T4).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender

5

6  Dated:  November 3, 2006          /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for ALBERT JUSTICE
8

9                                    McGREGOR SCOTT
                                     United States Attorney
10

11  Dated:  November 3, 2006         /s/ T. Zindel for J. Hitt
                                     JASON HITT
12                                   Assistant U.S. Attorney

13

14                          O R D E R

15      The status conference is continued to December 12, 2006, at 9:30

16  a.m.  For the reasons set forth above, the court finds that the ends of

17  justice to be served by a continuance outweigh the best interests of the

18  public and the defendant in a speedy trial and therefore excludes time

19  under the Speedy Trial Act through December 12, 2006.

20      IT IS SO ORDERED.

21

22  Dated:  November 6, 2006

23

24                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
25                                   UNITED STATES DISTRICT COURT

26

27

28