DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERT JUSTICE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR. S-06-161 LKK <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  December 12, 2006 <br> Time:  9:30 a.m. <br> Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for December 12 may be continued to January 23, 2007, at 9:30 a.m.

   The defense is continuing to explore options for resolving the case and a number of issues remain to be resolved between the parties, and another meeting of counsel will be scheduled.  So that both parties have adequate time to prepare, they agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under

1  the Speedy Trial Act from the date of this order through January 23,
2  2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   December 7, 2006            /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for ALBERT JUSTICE


                                     McGREGOR SCOTT
                                     United States Attorney

Dated:   December 7, 2006            /s/ T. Zindel for J. Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney


**O R D E R**

The status conference is continued to January 23, 2007, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 23, 2007.

IT IS SO ORDERED.

Dated:   December 8, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT