```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALBERT JUSTICE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>     v. )<br>)<br>ALBERT JUSTICE, )<br>)<br>        Defendant. )<br>)<br>_____ ) | No. CR. S-06-161 LKK<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  January 23, 2007<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for January 23 may be continued to February 27, 2007, at 9:30 a.m.

    The defense is continuing to explore options for resolving the case and a number of issues remain to be resolved between the parties, and another meeting of counsel will be scheduled. So that both parties have adequate time to prepare, they agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under

the Speedy Trial Act from the date of this order through February 27, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 17, 2007       /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for ALBERT JUSTICE


                              McGREGOR SCOTT
                              United States Attorney

Dated: January 17, 2007       /s/ T. Zindel for J. Hitt
                              JASON HITT
                              Assistant U.S. Attorney


**O R D E R**

The status conference is continued to February 27, 2007, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 27, 2007.

IT IS SO ORDERED.

Dated: January 18, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Justice           2