DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-06-161 LKK |
| Plaintiff, | **ORDER AFTER STATUS CONFERENCE** |
| v. | |
| ALBERT JUSTICE, | Date:  February 27, 2007 |
| Defendant. | Time:  9:30 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

The above case came on for status conference on February 27, 2007, with all parties present.

At the request of the parties, the Court scheduled a further status conference for April 10, 2007, and ordered time under the Speedy Trial Act excluded through that date pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: March 2, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT