DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-161 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v.  ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ALBERT JUSTICE, ) | |
| ) | |
| Defendant. ) | Date: April 10, 2007 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for April 10 may be continued to May 15, 2007, at 9:30 a.m.

   The defense is continuing to explore options for resolving the case and a number of issues remain to be resolved between the parties, and another meeting of counsel will be scheduled.  So that both parties have adequate time to prepare, they agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through May 15, 2007,

1  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

2                                      Respectfully submitted,

3                                      DANIEL J. BRODERICK
                                       Federal Defender
4

5  Dated: April 4, 2007                /s/ T. Zindel
                                       TIMOTHY ZINDEL
6                                      Assistant Federal Defender
                                       Attorney for ALBERT JUSTICE
7

8                                      McGREGOR SCOTT
                                       United States Attorney
9

10 Dated: April 4, 2007                /s/ T. Zindel for J. Hitt
                                       JASON HITT
11                                     Assistant U.S. Attorney

12

13                              **O R D E R**

14     The status conference is continued to May 15, 2007, at 9:30 a.m.
15 For the reasons set forth above, the court finds that the ends of justice
16 to be served by a continuance outweigh the best interests of the public
17 and the defendant in a speedy trial and therefore excludes time under the
18 Speedy Trial Act through May 15, 2007.

19     IT IS SO ORDERED.

20

21 Dated:  April 5, 2007

22                                     _____
                                       LAWRENCE K. KARLTON
23                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
24

25

26

27

28

Stip. in U.S.A. v. Justice            2