DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ALBERT JUSTICE,<br><br>           Defendant.<br>_____ | No. CR. S-06-161 LKK<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  July 24, 2007<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for July 24 may be continued to September 18, 2007, at 9:30 a.m.

　　　The defense is continuing to explore options for resolving the case and a number of issues remain to be resolved between the parties. So that both parties have adequate time to prepare, they agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order

1  through September 18, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:   July 19, 2007                  /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for ALBERT JUSTICE
8

9                                          McGREGOR SCOTT
                                           United States Attorney
10

11 Dated:   July 19, 2007                  /s/ T. Zindel for J. Hitt
                                           JASON HITT
12                                         Assistant U.S. Attorney

13

14                               **O R D E R**

15      The status conference is continued to September 18, 2007, at 9:30
16 a.m.  For the reasons set forth above, the court finds that the ends of
17 justice to be served by a continuance outweigh the best interests of the
18 public and the defendant in a speedy trial and therefore excludes time
19 under the Speedy Trial Act through September 18, 2007.
20      IT IS SO ORDERED.
21

22 Dated:   July 23, 2007

23
                                           /s/ Lawrence K. Karlton
24                                         LAWRENCE K. KARLTON
                                           SENIOR JUDGE
25                                         UNITED STATES DISTRICT COURT

26

27

28

Stip. in U.S.A. v. Justice              2