1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ALBERT JUSTICE
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )  No. CR. S-06-161 LKK
                                    )
12                 Plaintiff,       )
                                    )  **ORDER AFTER STATUS CONFERENCE**
13       v.                         )
                                    )
14  ALBERT JUSTICE,                 )
                                    )  Date:   September 18, 2007
15                 Defendant.       )  Time:   9:30 a.m.
                                    )  Judge:  Hon. Lawrence K. Karlton
16  _____ )

17

18       The above case came on for status conference on September 18, 2007,

19  with all parties appearing through counsel.   At the request of the

20  parties, the Court scheduled a further status conference on October 23,

21  2007, and ordered time under the Speedy Trial Act excluded through that

22  date pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

23       IT IS SO ORDERED.

24

25  Dated: September 26, 2007

26

27

28                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT