DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-161 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ALBERT JUSTICE, ) | |
| ) | |
| Defendant. ) | Date:  October 23, 2007 |
| ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for October 23, 2007 may be continued to December 4, 2007, at 9:30 a.m.

     Counsel for the government is unavailable because of trial. The defense continues exploring options for resolving the case. So that both parties have adequate time to prepare, they agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order

1  through December 4, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                         Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender
5

6  Dated:   October 18, 2007              /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for ALBERT JUSTICE
8

9                                         McGREGOR SCOTT
                                          United States Attorney
10

11 Dated:   October 18, 2007              /s/ T. Zindel for J. Hitt
                                          JASON HITT
12                                        Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to December 4, 2007, at 9:30 a.m.
16 For the reasons set forth above, the court finds that the ends of justice
17 to be served by a continuance outweigh the best interests of the public
18 and the defendant in a speedy trial and therefore excludes time under the
19 Speedy Trial Act through December 4, 2007.
20     IT IS SO ORDERED.
21 Dated: October 19, 2007

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Justice                2