DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-161 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ALBERT JUSTICE, ) | |
| ) | |
| Defendant. ) | Date: December 4, 2007 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for December 4, 2007 may be continued to January 23, 2008, at 9:30 a.m.

    Counsel for the government has been unavailable because of trial. The defense has continued exploring options for resolving the case. So that both parties have adequate time to prepare and conduct ongoing investigation, they agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the

1 Speedy Trial Act from the date of this order through January 23, 2008,
2 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   November 30, 2007       /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for ALBERT JUSTICE


                                 McGREGOR SCOTT
                                 United States Attorney

Dated:   November 30, 2007       /s/ T. Zindel for J. Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney


**O R D E R**

The status conference is continued to January 23, 2008, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 23, 2008.

IT IS SO ORDERED.

Dated: November 30, 2007

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT