DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-161 LKK |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| ALBERT JUSTICE, | ) |
| Defendant. | ) Date: January 23, 2008 |
| | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for January 23, 2008 may be continued to February 26, 2008, at 9:30 a.m.

   Counsel for the government has recently provided a proposed plea agreement to defense counsel. Defense counsel seeks additional time to review the proposed agreement with Mr. Justice and to continue discussions with counsel for the government. To afford time to complete these tasks, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant

in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through February 26, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  January 16, 2008      /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for ALBERT JUSTICE

                              McGREGOR SCOTT
                              United States Attorney

Dated:  January 16, 2008      /s/ T. Zindel for J. Hitt
                              JASON HITT
                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 26, 2008 at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 26, 2008.

IT IS SO ORDERED.

Dated: January 18, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Justice        2