DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALBERT JUSTICE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-161 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ALBERT JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | Date:  February 26, 2008 |
| | ) | Time:  9:30 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the status conference scheduled for February 26, 2008 may be continued to March 18, 2008, at 9:30 a.m.

   Defense counsel seeks additional time to discuss a proposed agreement with government counsel and with Mr. Justice. To afford time to complete these tasks, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under

the Speedy Trial Act from the date of this order through March 18, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   February 22, 2008          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ALBERT JUSTICE


                                    McGREGOR SCOTT
                                    United States Attorney

Dated:   February 22, 2008          /s/ T. Zindel for J. Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 18, 2008 at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 18, 2008.

IT IS SO ORDERED.

Dated: February 22, 2008


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Justice          2