DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:06-CR-161 LKK |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| ALBERT JUSTICE, | ) **EXONERATING BOND** |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Albert Justice, that the bond posted to secure defendant's pretrial release may be exonerated and the property used to secure the bond be reconveyed to the sureties, William and Bridgeth Justice.

On April 5, 2006, the magistrate judge ordered Mr. Justice released on a $100,000 property bond secured by the residence of his parents, William and Bridgeth Justice. The bond was posted and Mr. Justice released on April 10, 2006. On October 21, 2008, the Court ordered Mr.

Justice remanded to serve the sentence imposed that morning, and Mr. Justice is now in custody of the Marshal pending transfer to the Bureau of Prisons. Accordingly, the bond securing his release should be exonerated and the property reconveyed.

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated:   October 22, 2008               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ALBERT JUSTICE


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:   October 22, 2008               /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney
```

**O R D E R**

The bond in this case is exonerated. The Clerk of the Court shall immediately reconvey the real property posted to secure defendant's release.

IT IS SO ORDERED.

Dated:   October 23, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT