Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

**Offender Name:** Albert Lamar JUSTICE

**Docket Number:** 2:06CR00161-01

**Offender Address:** Fairfield, California

**Judicial Officer:** Honorable Lawrence K. Karlton
United States District Judge
Sacramento, California

**Original Sentence Date:** 10/21/2008

**Original Offense:** 21 USC 841(a)(1) - Distribution of at least 50 Grams of Cocaine Base (Count 2) (CLASS A FELONY)

**Original Sentence:** 40 months custody of the Bureau of Prisons; 60-month term of Supervised Release; $100 Special Assessment.

**Special Conditions:** 1) Submit to search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) Aftercare copayment; 5) Drug registration.

**Type of Supervision:** Supervised Release

**Supervision Commenced:** 09/29/2011

**Assistant U.S. Attorney:** Jason S. Hitt          **Telephone:** (916) 554-2700

**Defense Attorney:** Timothy L. Zindel          **Telephone:** (916) 498-5700

**Other Court Action:** None.

**RE:     Albert Lamar JUSTICE**
        **Docket Number:  2:06CR00161-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

   6.   60 days home confinement with electronic monitoring, including a sobriety unit, if deemed necessary by the probation officer.

   7.   Comply with any driving restrictions imposed by the California Department of Motor Vehicles.

**Justification:**   According to California Highway Patrol report number 88966QA, a traffic stop was initiated on a vehicle driven by the offender.  The offender was found to be intoxicated.  He submitted to two Primary Alcohol Screening (PAS) tests, which registered .087% Blood Alcohol Content (BAC) and .081% BAC.

The report notes the vehicle driven by the offender was determined to have been stolen from Enterprise Rental Car on about July 14, 2012.  The vehicle was rented and due to be returned on that date; however, it was never returned.  Investigation revealed the vehicle was rented using a stolen identity.

At the time of the arrest, the offender was in the company of his girlfriend of two months, Isis Moore.  Both Moore and Justice indicated he was picked up earlier in the day by Moore, and that he only drove the vehicle after leaving a party they both had attended.  The arresting CHP officer indicated the Santa Clara District Attorney's Office will not likely charge the offender with taking a vehicle from owner without permission or possession of stolen property because the preliminary evidence seems to  focus on Moore being the perpetrator.

On September 25, 2012, the offender pled guilty to a lesser included offense of Reckless Driving.  All remaining charges against him were dismissed.  Therefore, the  supervising probation officer

RE:     Albert Lamar JUSTICE
        Docket Number:  2:06CR00161-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

is requesting no formal Court action but recommends the offender's conditions of supervised release be modified to include the following additions:

   6)   60-days home confinement with electronic monitoring, including a sobriety unit, if deemed necessary by probation officer

   7)   Comply with the any driving restrictions imposed by the California Department of Motor Vehicle.

The offender has agreed to the modifications and a copy of the signed Waiver of Hearing is included for the Court's review.

Respectfully submitted,

/s/Brenda Barron-Harrell
**BRENDA BARRON-HARRELL**
**United States Probation Officer**
Telephone:  (916) 930-4397

DATED:   September 25, 2012
         Sacramento, California
         BBH/sg

REVIEWED BY:     /s/ Michael A. Sipe
                 **MICHAEL A. SIPE**
                 **Supervising United States Probation Officer**

RE:     Albert Lamar JUSTICE
        Docket Number:  2:06CR00161-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( ✔ )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

October 2, 2012
        **Date**                                          **Signature of Judicial Officer**


cc:     United States Probation
        Jason S. Hitt, Assistant United States Attorney
        Timothy L. Zindel, Assistant Federal Defender
        Defendant
        Court File